No. 575. UNITY RAILWAYS Co. *v.* KURIMSKY, ADMINISTRATRIX. Supreme Court of Pennsylvania. Certiorari

denied. *J. Roy Dickie* for petitioner. *William S. Doty* for respondent.